**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

DAVID JOEL HERNANDEZ LOPES,

        Petitioner,

    v.

A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,

        Respondent.

Case No. C09-1785-RSM

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return and Motion to Dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. This action is **DISMISSED** without prejudice and without award of costs to either party;

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 23rd day of July 2010.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1